Certificate Number: 15111-NJ-DE-034395192

Bankruptcy Case Number: 20-15648



15111-NJ-DE-034395192

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 28, 2020</u>, at <u>8:08</u> o'clock <u>PM EDT</u>, <u>Sarah J. Madison</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>April 28, 2020</u>         By:   <u>/s/Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>