Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 20-15648 (ABA)**

John D. Madison and Sarah J. Madison  
702 Pinelawn Avenue  
Lindenwold, NJ  08021

Monthly Payment: $275.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/01/2021 | $275.00 | 03/01/2021 | $275.00 | 03/30/2021 | $275.00 | 05/03/2021 | $275.00 |
| 06/01/2021 | $275.00 | 06/29/2021 | $275.00 | 08/03/2021 | $275.00 | 08/30/2021 | $275.00 |
| 09/30/2021 | $275.00 | 11/05/2021 | $275.00 | 12/02/2021 | $275.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOHN D. MADISON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,234.00 | $4,234.00 | $0.00 | $1,518.00 |
| 1 | AMEX/BANKRUPTCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,085.62 | $0.00 | $6,085.62 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $1,205.44 | $0.00 | $1,205.44 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $1,605.42 | $0.00 | $1,605.42 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $2,859.85 | $0.00 | $2,859.85 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $6,261.44 | $0.00 | $6,261.44 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $342.94 | $0.00 | $342.94 | $0.00 |
| 9 | DEPARTMENT STORES NATIONAL BANK | 33 | $4,903.03 | $0.00 | $4,903.03 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 33 | $75.60 | $0.00 | $75.60 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $3,477.47 | $306.80 | $3,170.67 | $0.00 |
| 12 | CAPITAL ONE, N.A. | 33 | $1,431.50 | $0.00 | $1,431.50 | $0.00 |
| 13 | NORDSTROM, INC. | 33 | $788.15 | $0.00 | $788.15 | $0.00 |
| 14 | STATE OF NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $123.38 | $0.00 | $123.38 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,572.63 | $0.00 | $7,572.63 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,921.07 | $0.00 | $7,921.07 | $0.00 |
| 18 | TD BANK, N.A. | 33 | $15,145.33 | $0.00 | $15,145.33 | $0.00 |
| 19 | TD BANK USA, N.A. | 33 | $3,042.35 | $0.00 | $3,042.35 | $0.00 |
| 20 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | USAA FEDERAL SAVINGS BANK | 33 | $20,179.89 | $0.00 | $20,179.89 | $0.00 |
| 23 | VALLEY NATIONAL BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | VILLAGE CAPITAL & INVESTMENT, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | DANIEL L REINGANUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SARAH J. MADISON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2020 | 36.00 | $275.00 |
| 05/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,025.00 |
| Total paid to creditors this period: | $1,518.00 |
| Undistributed Funds on Hand: | $251.90 |
| Arrearages: | $275.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**